IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | | |
| **Cathy Yvette Jones** | ) | **Chapter: 7** |
|     **Debtor** | ) | **Judge: Sacca** |
| | ) | **Case No.: 17-20554** |
| _____ | ) | |
| **Cathy Yvette Jones** | ) | **CONTESTED MATTER** |
|     **Movant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CertusBank USA, N.A.** | ) | |
|     **Respondent** | ) | |
| | ) | |
| **Albert F. Nasuti,** | ) | |
|     **Chapter 13 Trustee** | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO
AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

    NOTICE IS HEREBY GIVEN that a Motion to Avoid a Lien on exempt property pursuant to 11 U.S.C. Sec. 522 has been filed in the above-styled case on April 7, 2017.

    NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGA., the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same upon Movant. In the event that no response is timely filed and served, the Bankruptcy Court may enter an order granting the relief sought.

    This 7th day of April, 2017.

                                                   Respectfully submitted by:
                                                 **HICKS, MASSEY & GARDNER, LLP**

                                                 /s/   Robert M. Gardner, Jr.
                                                 Robert M. Gardner, Jr.
                                                 Attorney for Debtor
                                                 Ga. Bar No. 284640

53 W. Candler Street
Post Office Box 721
Winder, Georgia 30680
Telephone:    (770) 307-4899
Facsimile:    (770) 868-1209
Email: gardner@hmgfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | | |
| **Cathy Yvette Jones** | ) | **Chapter: 7** |
|     **Debtor** | ) | **Judge: Sacca** |
| | ) | **Case No.: 17-20554** |
| | ) | |
| **Cathy Yvette Jones** | ) | **CONTESTED MATTER** |
|     **Movant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CertusBank USA, N.A.** | ) | |
|     **Respondent** | ) | |
| | ) | |
| **Albert F. Nasuti,** | ) | |
|     **Chapter 13 Trustee** | ) | |

## MOTION TO AVOID JUDICIAL LIEN

**COME NOW** the Debtor/Movant, by and through counsel, and file this Motion to Avoid Judicial Lien, and show the Court the following:

1.

Debtor filed a petition for relief under 11 U.S.C. Chapter 13 on March 21, 2017.

2.

Respondent obtained a judgment against Movant on or about September 18, 2013 in the Superior Court of Jackson County in case number 13CV0608, in the amount of $52,202.83. The judgment was recorded in the General Execution Docket of Jackson County on or about May 7, 2014 in book 96, page 140.  A copy of said judgment is attached hereto and incorporated herein by reference.

3.

Pursuant to 11 U.S.C. §522 and O.C.G.A. 44-13-100, Debtor properly claimed as exempt on Schedule C, including all allowed amendments to Schedule C, the following property:

| | |
|---|---|
| 429 Tolberts Trail, Nicholson, GA 30565: | $21,500.00 |
| 2016 Kia Rio: | $5,000.00 |
| 2016 Kia Rio: | $2,931.00 |
| Household Goods & Furnishings: | $850.00 |
| Family Pictures & Old Books: | $100.00 |
| Clothes: | $500.00 |
| Jewelry: | $500.00 |
| SunTrust Bank: | $400.00 |
| SunTrust Bank: | $750.00 |
| SunTrust Bank: | $1,562.92 |

4.

The value of each claimed exemption in the above-listed property is equal to or greater than the value of that property.

**WHEREFORE**, Debtor is entitled to entry of an Order avoiding Respondent's lien against the exempt property as set forth above.

Respectfully submitted by:
**HICKS, MASSEY & GARDNER, LLP**

 /s/    Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtor
Ga. Bar No. 284640

53 W. Candler Street
Post Office Box 721
Winder, Georgia 30680
Telephone:    (770) 307-4899
Facsimile:    (770) 868-1209
Email: gardner@hmgfirm.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Notice of Requirement of Response to Motion to Avoid Lien and Motion to Avoid Lien on the parties listed below by placing the same in a property addressed envelope with adequate postage affixed thereto and depositing the same in the United States Mail, addressed as follows, and to the

Albert F. Nasuti
Chapter 7 Trustee
40 Technology Parkway South
Suite 300
Norcross, Ga. 30092

CertusBank USA, N.A.
PO Box 129
Mauldin, SC 29662-0129

Certusbank USA. NA
c/o Len Davenport, CEO
201 Riverplace, Suite 500
Greenville, SC 29601

CertusBank USA, NA
c/o James T. Camp
128 Newnan St
Carrollton, GA 30117-3226

This 7th day of April, 2017.

Respectfully submitted by:
**HICKS, MASSEY & GARDNER, LLP**


 /s/    Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtor
Ga. Bar No. 284640

53 W. Candler Street
Post Office Box 721
Winder, Georgia 30680
Telephone:     (770) 307-4899
Facsimile:      (770) 868-1209
Email: gardner@hmgfirm.com

# WRIT OF FIERI FACIAS
## IN THE SUPERIOR COURT OF JACKSON COUNTY, GEORGIA

CIVIL ACTION ___13CV0608___

JUDGMENT DATE ___09/18/2013___

CERTUSBANK, N.A.

Plaintiff's Attorney - Name, Address & Telephone

Name: __JAMES T. CAMP__

Address: __128 NEWNAN STREET__
__CARROLLTON, GA 30117__

Telephone: __770-832-2482__

Fi.Fa. in Hands of: __PLAINTIFF'S ATTORNEY__

Vs.                                   Plaintiff(s)

STEPHEN R. JONES
429 TOLBERTS TRAIL
NICHOLSON, GA 30565

CATHY Y. JONES
429 TOLBERTS TRAIL
NICHOLSON, GA 30565
                                      Defendant(s)

To all and singular the sheriffs of the State and their lawful deputies:
In the above styled case, and on the judgment set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---|---:|
| Principal | $51,894.83 |
| Interest | $0.00 |
| Other | $0.00 |
| Attorney's Fees | $0.00 |
| Court Costs | $308.00 |
| Fi Fa Fees | $0.00 |
| Total | 52,202.83 |

NOTE: _____

### CANCELLATION

The within and foregoing Fi.Fa. having been paid in full, the Clerk of Superior Court is hereby directed to cancel it of record.

This the _____ day of _____, _____

Signature: _____

Title: _____

with future interest upon said principal amount from the date of judgment at the legal rate.
Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands, and tenements of said defendant(s) and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the Magistrate Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees, and costs aforesaid.

Witness the Honorable __JOSEPH H. BOOTH__, Judge of said Court.

This the __7th__ day of __MAY__, 2014.

By: _____(signature)_____
                Clerk

Recorded 05/07/2014 01:47PM

Camie W. Thomas    Lien    Doc: FIFA
Clerk Superior Court, County, Ga.
Bk 00096    Pg 0140