UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | |
| CATHY YVETTE JONES | ) | Case No. 17-20554-jrs |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**RESPONSE IN OPPOSITION TO DEBTOR'S**
**MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE**

Creditor, RREF II CER CO Acquisitions, LLC ("RREF"), by and through its undersigned counsel, responds in opposition to the Debtor's Motion to Avoid Judicial Lien [D.E. 10] (the "Motion") with respect to RREF's lien against the Debtor's property at 429 Tolberts Trl, Nicholson, GA 30565-2710 (the "Property"), and would show the Court as follows:

1. The Motion relates to a judgment entered in favor of CertusBank, N.A. on September 18, 2013 in the Superior Court of Jackson County in case number 13CV0608, in the amount of $52,202.83, and recorded in the General Election Docket of Jackson County on or about May 7, 2014 in book 96, page 140. RREF acquired the judgment by assignment from CertusBank. A copy of the assignment of judgment is attached hereto as Exhibit A.

2. The Debtor's Schedule A/B lists the Debtor's interest in the Property at a value of $401,091.00 [D.E. 1].

3. The Debtor's Schedule C asserts a claim of exemption in the Property in the amount of $21,500.00 pursuant O.C.G.A. § 44-13-100(a)(1).

4. The Debtor's Schedule D lists eight different creditors with claims secured by the Property totaling $310,803.79.

5. While the CertusBank, N.A. claim now owned by RREF is scheduled at $52,202.83, the approximate amount of RREF's claim is $65,000.

6. Still, that leaves some $56,385.04 of equity in the Property over and above the claim of exemption and secured debt.

7. Accordingly, the Motion's claim that the $21,500 exemption in the Property is equal to or greater than the value of that property is plainly false. There remains substantial equity over and above any exemption. The equity in the Property not only fully secures RREF's judgment lien but also warrants the administration of the property by the Chapter 7 Trustee. The Motion should be denied so that the Chapter 7 Trustee can administer the Property for the benefit of both secured and unsecured creditors in this case.

WHEREFORE, RREF respectfully requests that the Court enter an order denying the Debtor's Motion, and granting such other and further relief as deemed just and proper.

Dated: April 25, 2017.

Respectfully submitted,

JONES WALKER LLP
*Attorneys for RREF II CER CO ACQUISITIONS, LLC*
One Midtown Plaza
1360 Peachtree St, NE, Suite 1030
Atlanta, GA 30309
Email: *sdrobny@joneswalker.com*
Telephone: 404.870.7500
Facsimile: 404.870.7501

By: */s/ Stephen P. Drobny*
Stephen P. Drobny
Georgia Bar No. 430447

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CATHY YVETTE JONES | ) | Case No. 17-20554-jrs |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, at which time all parties authorized to receive Notices of Electronic Filing were served.

I further certify that, on April 25, 2017, a true and correct copy of the foregoing was served on all parties listed below not receiving electronic notice in this case.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

Debtor
Cathy Yvette Jones
429 Tolberts Trl
Nicholson, GA 30565-2710

*Debtor's Attorney*
Robert M Gardner, Jr
Hicks, Massey & Gardner LLP
53 W Candler St
P. O. Box 721
Winder, GA 30680

*Trustee*
Albert F. Nasuti
40 Technology Parkway South
Suite 300
Norcross, GA 30092